**The People of the State of Illinois, defendant in error, v. Leonard Ditto, plaintiff in error. Gen. No. 7,464.**

Prosecution for unlawful sale of intoxicating liquor. Judgment and sentence upon verdict of guilty. Error to the County Court of Henderson county; the Hon. James W. Gordon, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed December 8, 1925.

E. L. Moffett, for plaintiff in error. Harry Blackstone, State's Attorney, for defendant in error; Charles E. Lauder, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

## THIRD DISTRICT.

---

**The People of the State of Illinois, defendant in error, v. Louis DePappe, plaintiff in error. Gen. No. 7,708.**

Prosecution for unlawful sale of intoxicating liquor. Error on denial of motion to quash indictment. Error to the County Court of Christian county; the Hon. C. J. Vogelsang, Judge, presiding. Heard in this court at the April term, 1924. Reversed. Opinion filed June 27, 1925.

L. E. Stone, for plaintiff in error. E. E. Dowell, State's Attorney, for defendant in error.

Mr. Justice Crow delivered the opinion of the court.

---

**Compro Grain Company v. H. A. Parkes and R. E. Parkes, appellants, and Harry Baker, appellee. Gen. No. 7,842.**

Interpleader as to proceeds of quantity of wheat claimed by grower and purchasers at bankruptcy sale. Decree for grower. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed June 27, 1925.

Andrus, Trutter & Crow, for appellants. F. P. Drennan, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

**Lewis N. Willson, appellant, v. A. D. Arnold, appellee. Gen. No. 7,848.**

Action for injury to automobile by horses at large in highway. Judgment for defendant on verdict. Appeal from the Circuit Court of Morgan county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed June 27, 1925.

Carl E. Robinson and William T. Wilson, for appellant. Walter W. Wright, for appellee.

Mr. Justice Crow delivered the opinion of the court.